**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**DANNY HOPPER**                                                     **PLAINTIFF**

**V.**               **CASE NO. 2:24-CV-2129**

**DAVID ADDAMS (SSA Office Manager,**
**Individual and Official Capacity)**                          **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 5) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 8th day of November, 2024.

                                                         */s/ Timothy L. Brooks*
                                                         TIMOTHY L. BROOKS
                                                         UNITED STATES DISTRICT JUDGE